of Ohio. Judgment for plaintiff. Appeal from the Circuit Court of Livingston county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 24, 1923.

Adsit & Thompson and Jesse J. Herr, for appellant. Olds & Thomas and F. A. Ortman, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

## FOURTH DISTRICT.

**David A. Stafford, appellant, v. W. B. Jones et al., appellees.**

Suit to enjoin the changing of the natural flow of a stream which resulted in damage to plaintiff's land. Bill dismissed for want of equity. Appeal from the Circuit Court of Fayette county; the Hon. W. B. Wright, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed July 11, 1922. Rehearing denied November 1, 1922.

William H. Ragon and George B. Rhoads, for appellant. Brown & Burnside, for appellees.

Mr. Justiec Barry delivered the opinion of the court.

**J. F. Schilling, administrator of the estate of Elizabeth Schilling, deceased, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant.**

Action for wrongful death of plaintiff's intestate who was struck at a street crossing by defendant's railroad train. Judgment for plaintiff. Appeal from the City Court of Granite City; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed October 11, 1922.

Keefe & Baxter, for appellant. R. W. Griffith, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

**Sears, Roebuck & Company, appellee, v. O. L. Bartlett, appellant.**

Assumpsit upon a trade acceptance. Judgment for plaintiff. Appeal from the Circuit Court of Pulaski county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed November 16, 1922.

George E. Martin, for appellant. Fred Hood, for appellee.

Mr. Justice Barry delivered the opinion of the court.

**Jesse Landfried, appellee, v. Weber Implement & Automobile Company, appellant.**

Action to recover money paid on an automobile to an agent for defendant and not turned over by the agent. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. M. Millard, Judge, presiding. Heard in this court at the October term, 1922. Reversed with finding of facts. Opinion filed November 16, 1922.

T. A. O'Connor, for appellant. W. M. Vandeventer, for appellee.

Mr. Justice Barry delivered the opininon of the court.